UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DAVID A. CHAMBERLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:14-cv-00637-RLY-MJD |
| | ) | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY | ) ) ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

David A. Chamberlin filed a request for judicial review of the final decision of the Commissioner of the Social Security Administration denying Plaintiff's application for supplemental security income and disability insurance benefits. The court referred the matter to the Magistrate Judge, who issued his report and recommendation on May 29, 2015. The Magistrate Judge concluded that the ALJ committed reversible error at step three of his decision and recommended that the court remand the action pursuant to sentence four of 42 U.S.C. § 405(g). Neither party objects. After review, the court **ADOPTS** the Magistrate Judge's report and recommendation (Filing No. 24), **REVERSES** the ALJ, and **REMANDS** this action for further proceedings.

**SO ORDERED** this 27th day of July 2015.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

1

Distributed Electronically to Registered Counsel of Record.